United Rubber, Cork, Linoleum and Plastic
Workers of America, by Sabol, trustee, *v.*
Local 227, United Rubber, Cork, Linoleum
and Plastic Workers of America et al.,
Appellants.

Argued May 6, 1969. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Walter Phipps, Jr.,* for appellant.

*Richard H. Markowitz,* with him *Samuel Rothbard* and *Abraham L. Friedman,* of the New Jersey Bar, and *Wilderman, Markowitz & Kirschner,* for appellee.

Opinion Per Curiam, October 9, 1969:
After a careful study of the record in this case, we are convinced that under controlling decisions the decree of the court below must be affirmed.

It is so ordered. Costs to be paid by the appellee.